THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:     415/674-8600
Facsimile:      415/674-9900

Attorneys for Plaintiff IRMA RAMIREZ;
DAREN HEATHERLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY | CASE NO. CV-12-0400-MEJ |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION |
| v. | |
| STELLADORO PIZZERIA RESTAURANT; ANN NGO; and FRANK J. PARATORE, | |
| Defendants. | |

Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY, and Defendant FRANK J. PARATORE, by and through the parties respective counsel in the above-mentioned case respectfully request and hereby make the following stipulation:

1.      **WHEREAS**, all defendants in the above-captioned matter have been served with the summons and complaint;

2.      **WHEREAS**, defendant FRANK J. PARATORE answered plaintiffs' complaint on March 19, 2012.  However, defendant ANN NGO has not answered plaintiffs' complaint;

3.      **WHEREAS**, pursuant to the General Order 56 ¶ 3 & 4, the parties were to have the joint site inspection at Stelladora Pizzeria located at 808 Divisadero Street, San Francisco, California 94117 completed by May 4, 2012;

4.    **WHEREAS**, Plaintiffs' counsel, Thomas E. Frankovich, is currently out of the country until May 15, 2012;

5.    **WHEREAS**, on May 1, 2012, plaintiffs' counsel sent defendant ANN NGO a letter regarding default requesting defendant to file an answer to the complaint by May 8, 2012;

6.    **WHEREAS**, due to these circumstances, the parties are/were unable to complete the joint site inspection of the premises; and

7.    **WHEREAS**, therefore, plaintiffs IRMA RAMIREZ and DAREN HEATHERLY and defendant FRANK J. PARATORE, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including June 7, 2012, to allow time for defendant AN NGO to file an answer to plaintiffs' complaint and the parties can then coordinate a date to conduct the joint site inspection.

**IT IS STIPULATED**.

Dated: May 7, 2012                    THOMAS E. FRANKOVICH, ESQ.
                                      *A PROFESSIONAL LAW CORPORATION*

                                      By:   /s/Thomas E. Frankovich
                                         Thomas E. Frankovich
                                      Attorney for Plaintiffs IRMA RAMIREZ; and
                                      DAREN HEATHERLY

///
///
///
///
///
///
///
///
///
///

1  Dated: May 7,  2012                    WILLIAM E. GILG,
2                                          Attorney at Law

3
4                                          By:   /s/William E. Gilg
5                                                William E. Gilg
                                           Attorney for Defendant FRANK J. PARATORE
6                                          **ORDER**
7         **IT IS SO ORDERED** that the last day for the parties and counsel to conduct the General
8
   Order (56) joint inspection of the premises be continued up to and including June 7, 2012.
9
10
11  Dated:  May 8 _____, 2012         _____
12                                          Honorable Judge Maria-Elena James
                                           United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION**                    3