1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff IRMA RAMIREZ;
   DAREN HEATHERLY
6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9  IRMA RAMIREZ; and DAREN          )   **CASE NO. CV-12-0400-MEJ**
   HEATHERLY                        )
10                                  )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER CONTINUING DEADLINE FOR**
11        Plaintiffs,               )   **THE PARTIES TO CONDUCT THE JOINT**
                                    )   **SITE INSPECTION**
12  v.                              )
                                    )
13  STELLADORO PIZZERIA             )
    RESTAURANT; ANN NGO; and FRANK  )
14  J. PARATORE,                    )
                                    )
15                                  )
          Defendants.               )
16  _____ )

17

18

19        Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY, and Defendant FRANK J.

20  PARATORE, by and through the parties respective counsel in the above-mentioned case

21  respectfully request and hereby make the following stipulation:

22        1.      **WHEREAS**, all defendants in the above-captioned matter have been served with

23  the summons and complaint;

24        2.      **WHEREAS**, defendant FRANK J. PARATORE answered plaintiffs' complaint

25  on March 19, 2012.  However, defendant ANN NGO has not answered plaintiffs' complaint;

26        3.      **WHEREAS**, pursuant to the General Order 56 ¶ 3 & 4, the parties were to

27  have the joint site inspection at Stelladora Pizzeria located at 808 Divisadero Street, San

28  Francisco, California 94117 completed by May 4, 2012;

1    4.    **WHEREAS**, Plaintiffs' counsel, Thomas E. Frankovich, is currently out of the

2  country until May 15, 2012;

3    5.    **WHEREAS**, on May 1, 2012, plaintiffs' counsel sent defendant ANN NGO a

4  letter regarding default requesting defendant to file an answer to the complaint by May 8, 2012;

5    6.    **WHEREAS**, due to these circumstances, the parties are/were unable to complete

6  the joint site inspection of the premises; and

7    7.    **WHEREAS**, therefore, plaintiffs IRMA RAMIREZ and DAREN HEATHERLY

8  and defendant FRANK J. PARATORE, hereto agree, stipulate and respectfully request that the

9  last day for the parties and counsel to conduct the joint inspection of the premises be continued

10  up to and including June 7, 2012, to allow time for defendant AN NGO to file an answer to

11  plaintiffs' complaint and the parties can then coordinate a date to conduct the joint site

12  inspection.

13    **IT IS STIPULATED**.

14

15  Dated: May 7, 2012                  THOMAS E. FRANKOVICH, ESQ.
16                                      *A PROFESSIONAL LAW CORPORATION*

17                                      By:_/s/Thomas E. Frankovich_____
18                                      Thomas E. Frankovich
                                        Attorney for Plaintiffs IRMA RAMIREZ; and
                                        DAREN HEATHERLY
19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Dated: May 7,  2012                     WILLIAM E. GILG,
                                        Attorney at Law


                                        By:  /s/William E. Gilg
                                             William E. Gilg
                                        Attorney for Defendant FRANK J. PARATORE

### ORDER

    **IT IS SO ORDERED** that the last day for the parties and counsel to conduct the General

Order (56) joint inspection of the premises be continued up to and including June 7, 2012.


Dated: _May 8_____, 2012     _____

                                        Honorable Judge Maria-Elena James
                                        United States Magistrate Judge